IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEAMFITTERS LOCAL UNION NO. 420 WELFARE FUND, | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| AJAX PHILADELPHIA, INC. | : | |
| Defendant | : | NO. 02-2776 |

**REQUEST FOR DISMISSAL OF COMPLAINT
AGAINST AJAX PHILADELPHIA, INC.
PURSUANT TO FED.R.CIV.PRO. 41(a)**

TO THE CLERK:

No answer or motion for summary judgment having been filed, this matter is dismissed without prejudice pursuant to Fed. R. Civ. Pro. 41(a).

Respectfully submitted,

JENNINGS SIGMOND

BY:    s/Sanford G. Rosenthal
SANFORD G. ROSENTHAL (ID.NO. 38991)
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
(215) 351-0611

Attorney for Plaintiffs

Date:  June 25, 2002

NOTE:   This document has been electronically filed.

101258-1